## HARRIS et al. v. COTTON.

FISH, C. J. 1. Even if the assignments of error in the motion for new trial, as to admitting evidence, are good in form with respect to sufficiently setting forth the evidence admitted over objection of the movant, they are without merit.

2. The verdict directed for the defendant in this case was demanded under the evidence, and it was not error to refuse a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1579. MAY 11, 1920.

Complaint for land. Before Judge Liittlejohn. Macon superior court. June 28, 1919.

*J. J. Bull & Son,* for plaintiffs.

*Jule Felton* and *R. L. Greer,* for defendant.